**FILED**
July 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>            Plaintiff, )<br>v.     )<br>       )<br>JUAN RAUL BURGOS-LABRA, )<br>       )<br>            Defendant. ) | Case No. 2:11MJ00219-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN RAUL BURGOS-LABRA , Case No. 2:11MJ00219-GGH  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_    Release on Personal Recognizance

\_\_    Bail Posted in the Sum of $\_\_

   \_\_    Unsecured Appearance Bond

   \_\_    Appearance Bond with 10% Deposit

   \_\_    Appearance Bond with Surety

   \_\_    Corporate Surety Bail Bond

   _X_    (Other) Sentenced to time served.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA   on  July 25, 2011   at  2:00 PM  .

                                        By    /s/ Gregory G. Hollows
                                             Gregory G. Hollows
                                             United States Magistrate Judge